UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENSITECH INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>LIMESTONE FZE, and SAMER ALWASH )<br><br>Defendants. ) | ) CIVIL ACTION NO.: 20-11043 |

## MOTION TO STRIKE AND BAR "GHOST-WRITTEN" FILINGS

Plaintiff, Sensitech, Inc. ("Sensitech"), hereby moves this Court to (i) strike and refuse to consider (a) Defendant's Notice of Motion to Dismiss Complaint for Lack of Personal Jurisdiction [FRCP 12(b)(6)] and Declaration of Defendant Samer Alwash in Support and Memorandum of Points and Authorities ("Personal Jurisdiction Motion to Dismiss"), and (b) Defendant's Notice of Motion to Dismiss Complaint Pursuant to Massachusetts anti-SLAPP Legislation and Declaration of Defendant Samer Alwash in Support ("SLAPP Motion to Dismiss"); and (ii) bar Defendant Samer Alwash ("Mr. Alwash") from filing any additional documents ghost-written by attorney Geoffrey Morson ("Attorney Morson") and/or any other attorney who is not admitted to practice before this Court. As grounds for this Motion and as discussed in the Memorandum of Law submitted herewith, Sensitech states that (i) it is improper to file materials ghost-written by an attorney who is not admitted to practice law in this Court; (ii) Attorney Morson is not licensed to practice law in this Court; and (iii) Attorney Morson admittedly ghost-wrote the Personal Jurisdiction Motion to Dismiss and the SLAPP Motion to

Dismiss.

WHEREFORE, Plaintiff, Sensitech, Inc. respectfully requests that this Court

a.     Allow this Motion;

b.     Strike and refuse to consider (a) Defendant's Notice of Motion to Dismiss Complaint for Lack of Personal Jurisdiction [FRCP 12(b)(6)] and Declaration of Defendant Samer Alwash in Support and Memorandum of Points and Authorities, and (b) Defendant's Notice of Motion to Dismiss Complaint Pursuant to Massachusetts anit-SLAPP Legislation and Declaration of Defendant Samer Alwash in Support;

c.     Bar Defendant Samer Alwash from filing any additional documents ghost-written by attorney Geoffrey Morson and/or any other attorney who is not admitted to practice in this Court;

d.     Award Plaintiff Sensitech, Inc. all of its costs, expenses and attorneys' fees incurred in connection with this Motion; and

e.     Award Plaintiff Sensitech, Inc. such other and further relief that justice so requires.

Respectfully submitted,

**SENSITECH INC.**

By its attorneys,

*/s/ Shepard Davidson*
Shepard Davidson (BBO #557082)
sdavidson@burnslev.com
Gregory S. Paonessa (BBO #691216)
gpaonessa@burnslev.com
Burns & Levinson LLP
125 High Street
Boston, MA 02110
617-345-3336

Dated:  June 12, 2020

## LOCAL RULE 7.1 CERTIFICATE

I, Shepard Davidson, hereby certify that on June 11, 2020 I attempted to confer with Defendant, Samer Alwash in a good faith to resolve or narrow the issues in this Motion.


*/s/ Shepard Davidson*
Shepard Davidson (BBO #557082)

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing Motion to Strike and Bar "Ghost-Written" Filings using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record. I hereby certify that I have also served a copy of the foregoing on Defendants, Samer Alwash and Limestone FZE, via email, to Mr. Alwash, who is *pro se* and does not have an ECF login and Limestone is not yet represented by counsel so neither will receive ECF email notification of this filing.


*/s/ Gregory S. Paonessa*
Gregory S. Paonessa (BBO #691216)

Dated: June 12, 2020

4841-5191-6479.2