## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

SENSITECH, INC.,

          Plaintiff,

v.

LIMESTONE FZE, and
SAMER ALWASH

          Defendants.

Civil Action No. 1:20-cv-11043-NMG

### DEFENDANTS' OPPOSITION
### TO PLAINTIFF'S MOTION TO STRIKE

Defendant's two motions to dismiss the complaint were filed on June 9, 2020.  Dkts. 28 and 29.  Plaintiff filed the instant motion to strike these two motions to dismiss on June 12, 2020. Dkt. 31. The only argument offered by Plaintiff in support of their motion to strike Defendants' motions to dismiss is that the motions were "ghost-written" by an attorney not admitted to practice before this Court.  Dkt. 31 at 1.  Plaintiff's argument is without merit.  Defendants have to date proceeded without counsel and this Court advised Defendant Alwash who appeared pro se at the June 4 hearing that he could not represent corporate Defendant Limestone FZE, and that he should retain counsel. Dkt. 25. Defendants have now retained counsel, listed below, to represent them in this matter.  Counsel are prepared to revise and refile the Defendants' two motions to dismiss to obviate Plaintiff's concerns.

### CONCLUSION

For the foregoing reasons,  Defendants respectfully request that this Court deny Plaintiff's motion to strike.

ME1 33701759v.1

Dated: June 26, 2020

Respectfully submitted,
LIMESTONE FZE and SAMER ALWASH

By their attorneys,

*/s/ Lee Carl Bromberg*
Lee Carl Bromberg (BBO # 058480)
James J. Thomson (BBO # 697790)
lbromberg@mccarter.com
jthomson@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
T: (617) 449-6500
F: (617) 607-9200

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the CM/ECF system, on the above date, will be sent electronically to all attorneys of record as identified on the Notice of Electronic Filing (NEF).

/s/ *James J. Thomson*
James J. Thomson

ME1 33701759v.1