**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SENSITECH, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>LIMESTONE FZE, and<br>SAMER ALWASH<br><br>        Defendants. | Civil Action No. 1:20-cv-11043-NMG |

## NOTICE OF APPEAL

Notice is hereby given that Limestone FZE and Samer Alwash, Defendants in the above-named matter, hereby appeal to United States Court of Appeals For the First Circuit from the Preliminary Injunction Order entered in this action on June 5, 2020. Dkt. 23.

Dated: July 6, 2020

Respectfully submitted,
LIMESTONE FZE and SAMER ALWASH

By their attorneys,

*/s/ Lee Carl Bromberg*
Lee Carl Bromberg (BBO # 058480)
James J. Thomson (BBO # 697790)
lbromberg@mccarter.com
jthomson@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
T: (617) 449-6500
F: (617) 607-9200

ME1 33752098v.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the CM/ECF system, on the above date, will be sent electronically to all attorneys of record as identified on the Notice of Electronic Filing (NEF).

/s/ *James J. Thomson*
James J. Thomson