# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:        Sensitech, Inc. v. LimeStone FZE et al

District Court Number:        20cv11043-NMG

Fee:    Paid?   Yes _X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending        Yes _X__ No ____          Sealed documents    Yes ____ No _X__
*If yes, document #*    16,26,28,29,30,31,39,41      *If yes, document #*    _____

*Ex parte* documents    Yes ____ No _X__          Transcripts        Yes ____ No _X__
*If yes, document #*    _____          *If yes, document #*    _____

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent _X__   Other: ____

Appeal from:

## #23 Preliminary Injunction

Other information:

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #23 and #40

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __40____ filed on__July 6, 2020_____.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___July 7, 2020_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**