UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SENSITECH INC.<br><br>　　Plaintiff,<br><br>v.<br><br>LIMESTONE FZE, and SAMER ALWASH<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.: 1:20-11043 |

## **PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff, Sensitech Inc. ("Plaintiff" or "Sensitech"), hereby moves to dismiss Defendants', Limestone FZE and Samer Alwash ("Defendants"), counterclaims in the above-captioned action. As grounds for this Motion, and as discussed more fully in its Memorandum of Law submitted herewith, Sensitech states that Defendants' counterclaims fail to state claims for which relief can be granted. In addition to the foregoing Memorandum, Sensitech relies on the Affidavit of Stephen DiRubio submitted herewith.

WHEREFORE, Plaintiff, Sensitech Inc., respectfully requests that this Court:

 A. Allow this Motion;

 B. Dismiss the Counterclaims with prejudice;

 C. Award Plaintiff its costs and fees for opposing these Counterclaims; and

 D. Grant Plaintiff such other further relief as is just and proper.

**SENSITECH INC.**

By its attorneys,

*/s/ Shepard Davidson*
Shepard Davidson (BBO #557082)
sdavidson@burnslev.com
Gregory S. Paonessa (BBO #691216)
gpaonessa@burnslev.com
Burns & Levinson LLP
125 High Street
Boston, MA 02110
617-345-3336

Dated:  January 29 2021

## RULE 7.1 CERTIFICATION

I, Shepard Davidson, hereby certify that on January 19, 2021 at 2:30 PM I conferred with Defendants' counsel in a good faith attempt to narrow or resolve the issues addressed in the foregoing Motion.

*/s/ Shepard Davidson*
Shepard Davidson (BBO #557082)

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing Motion to Dismiss Counterclaims using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*/s/ Gregory S. Paonessa*
Gregory S. Paonessa (BBO #691216)

Dated: January 29, 2021

4852-0266-7226.1