UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SENSITECH INC. | ) | |
| Plaintiff, | ) ) ) | |
| | ) | CIVIL ACTION NO.: 1:20-11043 |
| v. | ) ) | |
| LIMESTONE FZE, and SAMER ALWASH | ) ) | |
| Defendants. | ) ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Sensitech, Inc., the Plaintiff in the above-named matter,

hereby appeals to the United States Court of Appeals For the First Circuit from the

Memorandum and Order entered in this action on July 9, 2021 granting Defendant Samer

Alwash's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction. Dkt. 84.

Dated: July 21, 2021

Respectfully submitted,

SENSITECH, INC.

By its attorneys,

*/s/ Gregory S. Paonessa*
Shepard Davidson (BBO #557082)
sdavidson@burnslev.com
Gregory S. Paonessa (BBO #691216)
gpaonessa@burnslev.com
Burns & Levinson LLP
125 High Street
Boston, MA 02110
617-345-3336

## **CERTIFICATE OF SERVICE**

I, Gregory S. Paonessa, hereby certify that the foregoing document, filed though the CM/ECF system on the above date, will be send electronically to all attorneys of record as identified on the Notice of Electronic Filing (NEF).

*/s/ Gregory S. Paonessa*
Gregory S. Paonessa

4819-0816-2803.1