# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:          Sensitech, Inc. v. LimeStone FZE et al

District Court Number:    20cv11043-NMG

Fee:    Paid?  Yes _X_  No ____    Government filer ____  *In Forma Pauperis* Yes ____   No ____

Motions Pending       Yes ____ No _X_          Sealed documents      Yes ____ No _X_
*If yes, document #*     _____          *If yes, document #*     _____

*Ex parte* documents    Yes ____ No _X_          Transcripts           Yes _X_ No ____
*If yes, document #*     _____          *If yes, document #*     50,55

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#84 Memorandum and Order

Other information:

        I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#84 and #85

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __85____ filed on July 21, 2021 _____.

        In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 21, 2021 _____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**