# United States Court of Appeals
## For the First Circuit

_____

No. 21-1552

SENSITECH, INC.,

Plaintiff - Appellant,

v.

SAMER ALWASH,

Defendant - Appellee,

LINKEDIN CORPORATION; LIMESTONE FZE,

Defendants.

_____

Before

Howard, <u>Chief Judge</u>,
Lynch and Barron, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: October 18, 2021

Appellant's unopposed motion for voluntary dismissal of this appeal is granted, and the appeal is dismissed without prejudice to appellant's right to appeal a final judgment in the district court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Shepard Davidson
Gregory S. Paonessa
Lee Carl Bromberg
Alexander L. Ried