# Exhibit 2

Email from Chief Clerk Robert Farrell, U.S. District Court
Dated December 4, 2025

30.04.2026, 18:43

 Outlook

---

## RE: Clarification / Record-Preservation Notice Case No. 1:20-cv-1043-NMG

---

**From** Rob Farrell <Rob_Farrell@mad.uscourts.gov>
**Date** Thu 04/12/2025 2:44 PM
**To** Sam Alwash <s.alwash@hotmail.com>

Mr. Alwash,

Thank you for your inquiry.  We have reviewed the docket and the administrative record of the case is correct.   There will be no futher action or response on these issues from the Clerk's Office.

Thank you,

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

**From:** Sam Alwash <s.alwash@hotmail.com>
**Sent:** Tuesday, November 25, 2025 10:26 AM
**To:** Rob Farrell <Rob_Farrell@mad.uscourts.gov>
**Cc:** Sabra Mitchell <Sabra_Mitchell@mad.uscourts.gov>; Peelu Kumar
<Peelu_Kumar@mad.uscourts.gov>; Nicole Cowan <Nicole_Cowan@mad.uscourts.gov>;
Christine Lima <Christine_Lima@mad.uscourts.gov>; Davidson, Shepard
<shepard.davidson@afslaw.com>
**Subject:** Re: Clarification / Record-Preservation Notice Case No. 1:20-cv-1043-NMG
**Importance:** High

 CAUTION - EXTERNAL:


Dear Mr. Farrell,

I am writing to kindly inquire whether our email of last Wednesday, including the attached PDF, was received.
We are not requesting any substantive action at this time, but would appreciate confirmation that it has been logged or placed in the appropriate administrative file.

Thank you very much.

Sincerely,
Samer Alwash

**From:** Sam Alwash <s.alwash@hotmail.com>
**Sent:** 19 November 2025 5:32 PM

---