# Exhibit 3

Email to Chief Clerk Robert Farrell, U.S. District Court
Dated December 12, 2025

29.04.2026, 15:22

 Outlook

---

**Re: Clarification / Record–Preservation Notice Case No. 1:20-cv-1043-NMG**

---

**From** Sam Alwash <s.alwash@hotmail.com>
**Date** Fri 12/12/2025 1:18 PM
**To**     Rob Farrell <Rob_Farrell@mad.uscourts.gov>

▌ 1 attachment (226 KB)
DOC120525.pdf;

Mr. Farrell,

For completeness, I note that on December 5, I received from Ms. Antoinette McDonagh a copy of what was described as the most current docket report for this case (attached).

By way of context, the First Assistant Clerk at Essex Superior Court of the originating state court, Anne Mitchell, confirmed on December 2 last, that a complete and attested copy of the state court file and docket report was transmitted to the District Court following removal.

As reflected in the state-court record, State Docket No. 10 was a single, consolidated entry recorded on May 26, 2020, consisting of four related filings recorded together: (1) correspondence authored by out-of-state attorney Geoffrey Morson regarding defendants' urgent search for replacement counsel following last-minute withdrawal; (2) Judge Lange's judicial endorsement expressly referencing that correspondence and identifying serious First Amendment and potential jurisdictional concerns; (3) the order rescheduling the May 27 injunction hearing; and (4) the accompanying administrative notice of the new hearing date.

In reviewing the current federal docket and the attached docket report, these materials appear disaggregated, restyled, and docketed at different positions: the judicial endorsement by Judge Lang appears at ECF 14, filed as a "notice by plaintiff"; the administrative hearing notice appears at ECF 17; the correspondence authored by Mr. Geoffrey Morson appears at ECF 21, attributed to "Defendant Alwash" and presented as direct correspondence with the court, without the standard notation indicating that it was originally filed in state court; and the rescheduling order itself does not appear identifiable on the docket. As a result, the consolidated structure, authorship, judicial attribution, and sequencing reflected in the certified state-court record are not visible on the federal docket in the form transmitted.

I understand from your prior email that the Clerk's Office considers the docket and administrative record to be accurate, and I appreciate the clarification.

Respectfully,

29.04.2026, 15:22

S. Alwash

---

**From:** Rob Farrell <Rob_Farrell@mad.uscourts.gov>
**Sent:** 04 December 2025 2:44 PM
**To:** Sam Alwash <s.alwash@hotmail.com>
**Subject:** RE: Clarification / Record-Preservation Notice Case No. 1:20-cv-1043-NMG

Mr. Alwash,

Thank you for your inquiry.  We have reviewed the docket and the administrative record of the case is correct.   There will be no futher action or response on these issues from the Clerk's Office.

Thank you,

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

**From:** Sam Alwash <s.alwash@hotmail.com>
**Sent:** Tuesday, November 25, 2025 10:26 AM
**To:** Rob Farrell <Rob_Farrell@mad.uscourts.gov>
**Cc:** Sabra Mitchell <Sabra_Mitchell@mad.uscourts.gov>; Peelu Kumar <Peelu_Kumar@mad.uscourts.gov>; Nicole Cowan <Nicole_Cowan@mad.uscourts.gov>; Christine Lima <Christine_Lima@mad.uscourts.gov>; Davidson, Shepard <shepard.davidson@afslaw.com>
**Subject:** Re: Clarification / Record-Preservation Notice Case No. 1:20-cv-1043-NMG
**Importance:** High

CAUTION - EXTERNAL:

Dear Mr. Farrell,

I am writing to kindly inquire whether our email of last Wednesday, including the attached PDF, was received.
We are not requesting any substantive action at this time, but would appreciate confirmation that it has been logged or placed in the appropriate administrative file.

Thank you very much.

Sincerely,
Samer Alwash

---

**From:** Sam Alwash <s.alwash@hotmail.com>
**Sent:** 19 November 2025 5:32 PM
**To:** Rob_Farrell@mad.uscourts.gov <Rob_Farrell@mad.uscourts.gov>
**Cc:** sabra_mitchell@mad.uscourts.gov <sabra_mitchell@mad.uscourts.gov>; peelu_kumar@mad.uscourts.gov <peelu_kumar@mad.uscourts.gov>; nicole_cowan@mad.uscourts.gov <nicole_cowan@mad.uscourts.gov>;

29.04.2026, 15:22

christine_lima@mad.uscourts.gov <christine_lima@mad.uscourts.gov>; Davidson, Shepard <shepard.davidson@afslaw.com>

**Subject:** Clarification / Record-Preservation Notice Case No. 1:20-cv-1043-NMG

Dear Mr. Farrell,

I hope you are doing well. Please find attached a Clarification / Record-Preservation Notice submitted for the Clerk's Office in its administrative capacity.

The document identifies several docket-related observations in *Sensitech Inc. v. Limestone FZE*, No. 1:20-cv-11043-NMG, offered solely for the Clerk's administrative awareness and in support of standard docket-maintenance practices.

There is no request for judicial action of any kind, and the submission is limited to noting what appears—and does not appear—on the public docket.

Thank you very much for your time and attention. Please let me know if any further administrative information would be helpful.

Warm regards,

Samer Alwash


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

30.04.2026, 18:43

**To:** Rob_Farrell@mad.uscourts.gov <Rob_Farrell@mad.uscourts.gov>
**Cc:** sabra_mitchell@mad.uscourts.gov <sabra_mitchell@mad.uscourts.gov>;
peelu_kumar@mad.uscourts.gov <peelu_kumar@mad.uscourts.gov>;
nicole_cowan@mad.uscourts.gov <nicole_cowan@mad.uscourts.gov>;
christine_lima@mad.uscourts.gov <christine_lima@mad.uscourts.gov>; Davidson, Shepard
<shepard.davidson@afslaw.com>
**Subject:** Clarification / Record-Preservation Notice Case No. 1:20-cv-1043-NMG

Dear Mr. Farrell,

I hope you are doing well. Please find attached a Clarification / Record-Preservation
Notice submitted for the Clerk's Office in its administrative capacity.

The document identifies several docket-related observations in *Sensitech Inc. v.
Limestone FZE*, No. 1:20-cv-11043-NMG, offered solely for the Clerk's administrative
awareness and in support of standard docket-maintenance practices.

There is no request for judicial action of any kind, and the submission is limited to noting
what appears—and does not appear—on the public docket.

Thank you very much for your time and attention. Please let me know if any further
administrative information would be helpful.

Warm regards,

Samer Alwash

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when
opening attachments or clicking on links.