# Exhibit 4

Email from Anne Mitchell, First Assistant Clerk, Essex Superior
Court
Dated December 2, 2025

 Outlook

---

**RE: Request for Attested Docket Materials — 2077CV00453**

---

**From** Anne T Mitchell <anne.mitchell@jud.state.ma.us>

**Date** Thu 04/12/2025 02:59 PM

**To** Wendy Alwash <villa137@live.com>

**Cc** Tracy L Gerry <tracy.gerry@jud.state.ma.us>; Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>

Ms. Alwash,

Someone from the Clerk's Office will reach out to you regarding your request below and the fee to be paid for your request. There is a $2.50 attestation fee for each document, and that fee must be paid in advance of the copies being attested and sent out to you.

In addition, the Clerk's Office can only provide an attested copy of the current docket as it currently exists, which may include entries after the removal.

Regards,

**Anne T. Mitchell, Esq.**
First Assistant Clerk
Essex Superior Court
**Lawrence**: 978-242-1900 (Ext: 561-1907)
**Salem**: 978-825-4800 (Ext: 501-4827)

**From:** Wendy Alwash <villa137@live.com>
**Sent:** Thursday, December 4, 2025 6:42 AM
**To:** Anne T Mitchell <anne.mitchell@jud.state.ma.us>
**Subject:** Request for Attested Docket Materials — 2077CV00453

> CAUTION: This email originated from outside the Judiciary. Report any suspicious email using the Phish Alert Report button on the Outlook desktop ribbon or forward to phishing@jud.state.ma.us.

Dear Ms. Mitchell,

Thank you for your reply and for clarifying the jurisdictional posture.

May I please request:

1. A true and attested copy of the full Essex Superior Court docket sheet for 2077CV00453 as it existed at the time of removal, including the docket-entry texts; and

2. A true and attested copy of the filings associated with those docket entries, as maintained in the Court's archived record.

Thank you for your assistance.

Kind regards,

Wendy Alwash

---

**From:** Anne T Mitchell <anne.mitchell@jud.state.ma.us>
**Sent:** 02 December 2025 07:37 PM
**To:** Wendy Alwash <villa137@live.com>
**Subject:** RE: For Chambers of Judge Lang-Informational Letter re State-to-Federal Record (Following SJC Memorandum)

Ms. Alwash,

I am in receipt of your email and attachment.

As an initial matter, ex parte communications with the court (judge) are generally prohibited. Moreover, the Essex Superior Court Clerk's office sent out a complete and attested copy of the file and docket report when this matter (2077CV00453 – Sensitech Inc. v. Kimestone FZE, et al) was removed to Federal Court in 2020. Having been removed to the Federal Court, the Superior Court no longer has jurisdiction over this matter, and the Superior Court case has been closed. To the extent you seek to clarify the record, you should do so in the action removed to Federal Court. Thank you.

Regards,


**Anne T. Mitchell, Esq.**

First Assistant Clerk

Essex Superior Court

**Lawrence**: 978-242-1900 (Ext: 561-1907)

**Salem**: 978-825-4800 (Ext: 501-4827)


**From:** Wendy Alwash <villa137@live.com>
**Sent:** Tuesday, December 2, 2025 10:35 AM
**To:** Anne T Mitchell <anne.mitchell@jud.state.ma.us>
**Cc:** Sam Alwash <s.alwash@hotmail.com>
**Subject:** For Chambers of Judge Lang-Informational Letter re State-to-Federal Record (Following SJC Memorandum)


> CAUTION: This email originated from outside the Judiciary. Report any suspicious email using the Phish Alert Report button on the Outlook desktop ribbon or forward to phishing@jud.state.ma.us.


Dear Ms. Mitchell,


I hope you are well. I am writing to ask, respectfully, whether you would be willing to convey the attached letter to the Chambers of Hon. Judge James F. Lang.


A recent memorandum decision from the Massachusetts Supreme Judicial Court in Alwash & Alwash v. Board of Bar Overseers, Petition No.2025-0271 (Paper No.11),

prompted me to re-audit the early state-court filings in *Sensitech Inc. v. Limestone FZE et al.* In doing so, I noticed that certain aspects of Judge Lang's endorsed order from the Essex Superior Court proceedings do not appear in the federal docket in the form or context in which they were issued. Because this discrepancy relates to matters referenced in the SJC memorandum, I felt it appropriate to bring it to Judge Lang's attention for purposes of accuracy and completeness.

If you are able to forward the attached letter to his Chambers, I would be very grateful.

Thank you very much for your time and assistance.

With appreciation,

Wendy Alwash

*(CC Samer Alwash)*