# Exhibit 5

Email from Antonietta McDonagh, Salem Case Coordinator
Transmission of the state-court docket report
Dated December 5, 2025

(received by Wendy Alwash and subsequently forwarded to the undersigned for filing)

30.04.2026, 09:49

 **Outlook**

---

## Fw: Scanned from SALS20P10 12/05/2025 15:19

---

**From** Wendy Alwash <villa137@live.com>

**Date** Mon 08/12/2025 8:07 AM

**To**   Sam Alwash <s.alwash@hotmail.com>

---

▌ 1 attachment (226 KB)
DOC120525.pdf;

---

**From:** Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>
**Sent:** 05 December 2025 09:24 PM
**To:** Villa137@live.com <villa137@live.com>
**Cc:** Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>
**Subject:** FW: Scanned from SALS20P10 12/05/2025 15:19

Hello Ms. Alwash,

I have attached a copy of the most current Docket Report for now for the case you requested.

Have a nice rest of the day.

Anna

-----Original Message-----
From: Salem Superior Court <SALSCIVCLKFAX@jud.state.ma.us>
Sent: Friday, December 5, 2025 3:20 PM
To: Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>
Subject: Scanned from SALS20P10 12/05/2025 15:19

Scanned from MFP16023748
Date:12/05/2025 15:19
Pages:5
Resolution:200x200 DPI
----------------------------------------
The attached PDF Document was scanned at the Salem Superior Court, Criminal Clerk's Office.