# Exhibit 6

State Court Docket Report

(Essex County Superior Court- Salem Superior Court)

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**ESSEX COUNTY**
**Docket Report**

**2077CV00453 Sensitech Inc vs. Limestone FZE et al**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Equitable Remedies | **FILE DATE:** | 05/15/2020 |
| **ACTION CODE:** D03 | | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** Injunction | | | |
| **CASE DISPOSITION DATE:** 06/02/2020 | | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 06/02/2020 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil B |

### DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Service | 08/13/2020 | 06/02/2020 |
| Rule 12/19/20 Served By | 09/14/2020 | 06/02/2020 |
| Rule 15 Served By | 09/14/2020 | 06/02/2020 |
| Answer | 09/14/2020 | 06/02/2020 |
| Rule 15 Filed By | 10/13/2020 | 06/02/2020 |
| Rule 12/19/20 Filed By | 10/13/2020 | 06/02/2020 |
| Rule 15 Heard By | 11/12/2020 | 06/02/2020 |
| Rule 12/19/20 Heard By | 11/12/2020 | 06/02/2020 |
| Discovery | 03/11/2021 | 06/02/2020 |
| Rule 56 Served By | 04/12/2021 | 06/02/2020 |
| Rule 56 Filed By | 05/10/2021 | 06/02/2020 |
| Final Pre-Trial Conference | 09/07/2021 | 06/02/2020 |
| Judgment | 05/16/2022 | 06/02/2020 |

### PARTIES

| **Plaintiff** | **Attorney** | 557082 |
|---|---|---|
| Sensitech Inc | Shepard Davidson | |
| | ArentFox Schiff | |
| | ArentFox Schiff | |
| | 800 Boylston St | |
| | 32 Floor | |
| | Boston, MA 02199 | |
| | Work Phone (617) 973-6216 | |
| | Added Date: 05/15/2020 | |
| | **Attorney** | 691216 |
| | Gregory S Paonessa | |
| | ArentFox Schiff LLP | |
| | ArentFox Schiff LLP | |
| | 800 Boylston Steet | |
| | 32nd Floor | |
| | Boston, MA 02199 | |
| | Work Phone (617) 973-6186 | |
| | Added Date: 05/15/2020 | |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**ESSEX COUNTY**
**Docket Report**

**Defendant**
Alwash, Samer

**Defendant**
Limestone FZE

**Defendant**
LinkedIn Corporation

| | | EVENTS | | |
|---|---|---|---|---|
| **Date** | **Session** | **Event** | **Result** | **Resulting Judge** |
| 05/27/2020 | Civil B | Hearing on Preliminary Injunction | Rescheduled | Lang |
| 06/03/2020 | Civil B | Hearing on Preliminary Injunction | Not Held | Lang |

| | FINANCIAL SUMMARY | | | | |
|---|---|---|---|---|---|
| **Fees/Fines/Costs/Charge** | | **Assessed** | **Paid** | **Dismissed** | **Balance** |
| Total | | 295.00 | 290.00 | 5.00 | 0.00 |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**ESSEX COUNTY**
**Docket Report**

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 05/15/2020 | | Attorney appearance<br>On this date Shepard Davidson, Esq. added for Plaintiff Sensitech Inc | |
| 05/15/2020 | | Attorney appearance<br>On this date Gregory S Paonessa, Esq. added for Plaintiff Sensitech Inc | |
| 05/15/2020 | | Case assigned to:<br>DCM Track F - Fast Track was added on 05/15/2020 | |
| 05/15/2020 | 1 | Original civil complaint filed. | |
| 05/15/2020 | 2 | Civil action cover sheet filed. | |
| 05/15/2020 | 3 | Plaintiff(s) Sensitech Inc's EX PARTE Motion for a Temporary Restraining Order, for a Preliminary Injunction | |
| 05/15/2020 | 4 | Shepard Davidson, Esq.Sensitech Inc's Memorandum in support of its Ex Parte motion for a Temporary Restraining Order and Preliminary Injunction | |
| 05/15/2020 | 5 | Affidavit of Michael Hurton | |
| 05/18/2020 | | Endorsement on Motion for a Temporary Restraining Order and Preliminary Injunction (Ex Parte) (#3.0): Other action taken<br>Short order of notice to issue, returnable in the "B" Session of the Essex Superior Court on 5/27/20 at 10:00 a.m. via teleconference. Attest: Dawn Mansfield, Deputy Asst. Clerk (5/15/20)<br><br>Judge: Deakin, Hon. David A | Deakin |
| 05/18/2020 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/18/2020 09:20:09 | |
| 05/18/2020 | 6 | Summons and order of notice issued on a Motion for a Temporary Restraining Order and Preliminary Injunction, returnable on 05/27/2020 10:00 AM Hearing on Preliminary Injunction.<br><br>Judge: Lang, Hon. James F | Lang |
| 05/22/2020 | 7 | Amended: original complaint filed by Sensitech Inc | |
| 05/22/2020 | 8 | Plaintiff Sensitech Inc's EMERGENCY Motion for a temporary restraining order and preliminary injunction | |
| 05/22/2020 | 8.1 | Affidavit of Lisa Bongiovi | |
| 05/22/2020 | 9 | Endorsement on Submission of Plaintiff's Emergency, Supplemental Motion for a Temporary Restraining Order and Preliminary Injunction (#8.0): Other action taken<br>Having reviewed the plaintiff''s Emergency Supplemental Motion and supporting materials, the court concludes that it can be addressed adequately at the short order of notice hearing scheduled for the Civil "B" Session (in Newburyport Superior Court) on Wednesday, May 27, 2020, at 10:00 a.m., by teleconference. (5/22/20) | Deakin |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**ESSEX COUNTY**
**Docket Report**

| | | | |
|---|---|---|---|
| 05/26/2020 | 10 | General correspondence regarding Defendants' search for new legal counsel (received via email on 5/26/20) | |
| 05/26/2020 | | Endorsement on Submission of Correspondence regarding Defendants' search for new counsel (#10.0): Other action taken<br>After consideration of the plaintiff's submissions, including its supplementary pleadings, as well as this legal correspondence from out-of-state counsel for the defendants, Limestone and Alwash, the court will continue the preliminary injunction hearing until 6/3/20 at 10:00 a.m. to afford the defendants a fair and reasonable opportunity to engage counsel. The plaintiff's request for injunctive relief raises in its scope serious First Amendment issues and perhaps jurisdictional ones as well, and the court concludes that this is appropriate to prove more time to the defendants so that they can properly be heard in opposition. (5/26/20)<br><br>Judge: Lang, Hon. James F | Lang |
| 05/26/2020 | | Event Result:: Hearing on Preliminary Injunction scheduled on:<br>  05/27/2020 10:00 AM<br>Has been: Rescheduled     For the following reason: By Court prior to date<br>Comments: Rescheduled based on correspondence from out-of-state counsel for the defendants.<br>Hon. James F Lang, Presiding<br>Staff:<br>  Anne Mitchell, Assistant Clerk Magistrate | Lang |
| 05/26/2020 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/26/2020 12:39:11 | |
| 05/27/2020 | 11 | Service Returned for 5/21/2020<br>Defendant LinkedIn Corporation: Service made in hand; | |
| 05/29/2020 | 12 | Affidavit of Declaration of Samer Alwash in support of special appearance to dismiss complaint for lack of Jurisdiction. filed 5/29/2020. | |
| 06/01/2020 | 13 | Defendant Samer Alwash's Declaration and support of special appearance to dismiss complaint for lack of jurisdiction, (this one signed and dated 5/30/20) with certificate of service. | |
| 06/01/2020 | 14 | Plaintiff Sensitech Inc's Submission to Supplement The Record In Support Of Its Request For Injunctive Relief. | |
| 06/01/2020 | 15 | Notice of voluntary dismissal (41a.l.i)<br><br>Pursuant to Mass. R. Civ. P.41(a), Plaintiff, Sensitech, Inc. hereby dismisses its complaint against LinkedIn Corporation without prejudice.<br>recd via email 5/29/20 | |
| 06/01/2020 | 16 | Party status:<br>Defendant LinkedIn Corporation: Dismissed; | |
| 06/02/2020 | 17 | Notice of Removal to the United States District Court filed by<br><br>(filed 6/1/20)<br><br>Applies To: Alwash, Samer (Defendant) | |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**ESSEX COUNTY**
**Docket Report**

| | | |
|---|---|---|
| 06/02/2020 | Event Result:: Hearing on Preliminary Injunction scheduled on: 06/03/2020 10:00 AM<br>Has been: Not Held     For the following reason: By Court prior to date<br>Comments: Notice of Removal Filed<br>Hon. James F Lang, Presiding<br>Staff:<br>     Anne Mitchell, Assistant Clerk Magistrate | Lang |
| 06/02/2020 | REMOVED to the U.S. District Court | |
| 06/02/2020 | Case transferred to another court. | |
| 06/03/2020 | Endorsement on Motion to Supplement The Record In Support Of Its Request For Injunctive Relief. (#14.0): Other action taken<br>6/2/20 - No action taken, the court having been advised of the defendants' removal of this action to federal court.<br><br>Judge: Lang, Hon. James F | Lang |
| 08/22/2023 | Case sent to Essex Superior - SALEM Location. | |