# Exhibit 7

Email from Christine Lima, Court Room Deputy, U.S. District Court
Dated December 9, 2025

29.04.2026, 15:23

 Outlook

---

**RE: Clarification Request Regarding State-Court Orders in Removed Case Record (1:20-cv-11043-NMG)**

---

**From** Christine Lima <Christine_Lima@mad.uscourts.gov>
**Date** Tue 09/12/2025 10:00 PM
**To** Sam Alwash <s.alwash@hotmail.com>

Good afternoon,
It looks like the on pleadings we have here from the state court are attached as Exhibit 2 in the Notice of Removal (Docket No. 1).

Thank you,

Christine M. Lima
Courtroom Deputy to the
Honorable Nathaniel M. Gorton
One Courthouse Way
Boston, MA 02210
(617) 748-9158

**From:** Sam Alwash <s.alwash@hotmail.com>
**Sent:** Monday, December 8, 2025 7:49 AM
**To:** Christine Lima <Christine_Lima@mad.uscourts.gov>
**Subject:** Re: Clarification Request Regarding State-Court Orders in Removed Case Record (1:20-cv-11043-NMG)

CAUTION - EXTERNAL:

Small correction to my prior email: the dates referenced should be December 2, 2025 and December 5, 2025.

**From:** Sam Alwash <s.alwash@hotmail.com>
**Sent:** 08 December 2025 9:00 AM
**To:** christine_lima@mad.uscourts.gov <christine_lima@mad.uscourts.gov>
**Subject:** Clarification Request Regarding State-Court Orders in Removed Case Record (1:20-cv-11043-NMG)

Dear Christine,

I hope you are well. I am reviewing the docket in *Sensitech Inc. v. Limestone FZE* (No. 1:20-cv-11043-NMG), which was removed from Essex Superior Court (Case No. 2077CV00453).

On December 2, 2024, we received an email from Anne Mitchell, First Assistant Clerk at Essex Superior Court, confirming that at the time of removal in 2020, their office transmitted a complete and attested copy of the state-court file and docket report to the District Court. On December 5, 2024, the same office provided a current docket report, which I am attaching for convenience.

While reviewing the state-court docket alongside the federal docket, I have been unable to locate where Judge Lang's state-court orders appear in the federal case record.

Could you please let me know where Judge Lang's orders are reflected in the federal docket, if at all?
(If they appear under a particular ECF entry or attachment, that reference would be extremely helpful.)

Thank you for your time and assistance. I appreciate the Clerk's Office's work in maintaining the accuracy of the record in removed matters.

Sincerely,
Sam

---

**From:** Wendy Alwash <villa137@live.com>
**Sent:** 08 December 2025 8:07 AM
**To:** Sam Alwash <s.alwash@hotmail.com>
**Subject:** Fw: Scanned from SALS20P10 12/05/2025 15:19

---

**From:** Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>
**Sent:** 05 December 2025 09:24 PM
**To:** Villa137@live.com <villa137@live.com>
**Cc:** Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>
**Subject:** FW: Scanned from SALS20P10 12/05/2025 15:19

Hello Ms. Alwash,

I have attached a copy of the most current Docket Report for now for the case you requested.

Have a nice rest of the day.

Anna

-----Original Message-----
From: Salem Superior Court <SALSCIVCLKFAX@jud.state.ma.us>
Sent: Friday, December 5, 2025 3:20 PM
To: Antonietta McDonagh <antonietta.mcdonagh@jud.state.ma.us>
Subject: Scanned from SALS20P10 12/05/2025 15:19

Scanned from MFP16023748
Date:12/05/2025 15:19

29.04.2026, 15:23

Pages:5
Resolution:200x200 DPI
-----------------------------------------
The attached PDF Document was scanned at the Salem Superior Court, Criminal Clerk's Office.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.