FILED
IN CLERK'S OFFICE

2026 MAY -8  AM 11: 47

DISTRICT OF MASS.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Sensitech Inc.,            )
Plaintiff,                 )
                           )
                           )
v.                         )          Civil Action No. 1:20-cv-11043-NMG
                           )
Limestone FZE              )
Defendant.                 )
                           )

## NOTICE OF APPEAL

Notice is hereby given that Samer Alwash appeals to the United States Court of Appeals for

the First Circuit from the Memorandum and Order entered in this action on April 14, 2026

(ECF 132).

Dated: May 7, 2026

Respectfully submitted,

/s/ Samer Alwash
Samer Alwash

Appellant, Pro Se

## Certificate of Service

I hereby certify that on this 7th day of May 2026, a true and correct copy of the foregoing Notice of Appeal was served via electronic mail on counsel for Plaintiff.

Shepard Davidson, Esq.
Counsel for Plaintiff
Shepard.Davidson@afslaw.com

*/s/ Samer Alwash*
Samer Alwash