# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Sensitech, Inc. v. LimeStone FZE et al

District Court Number: 1:20-cv-11043-NMG

Fee:    Paid?   Yes X    No ____    Government filer ____    *In Forma Pauperis* Yes ____    No X

Motions Pending        Yes ____ No X            Sealed documents        Yes ____ No X
*If yes, document #*    _____        *If yes, document #*    _____

*Ex parte* documents    Yes ____ No X            Transcripts        Yes ____ No X
*If yes, document #*    _____        *If yes, document #*    _____

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent ____    Other: ____

Appeal from:

ECF #132

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

ECF #132 and #134

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 134 _____ filed on 5/8/2026 _____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/11/2026 _____.

**ROBERT M. FARRELL**
Clerk of Court

Nicole Cowan
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**